UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PHILIP BERRYMAN, | Case No. 2:21-cv-10925 |
| Plaintiff, | Laurie J. Michelson |
| v. | United States District Judge |
| GEORGE STEPHENSON, et al., | Patricia T. Morris |
| Defendants. | United States Magistrate Judge |
| _____/ | |

## ORDER DIRECTING DEFENDANTS TO NOTIFY COURT OF EFFECTIVE DATE OF CHAPTER 11 PLAN

This is a prisoner civil rights action. Defendants include two former employees of Corizon Health, which was a private company that provided healthcare services to inmates in the custody of the Michigan Department of Corrections. Sometime after Plaintiff filed this action, Corizon filed for Chapter 11 Bankruptcy in the Southern District of Texas. Because of Corizon's bankruptcy filing, nearly all civil claims against it have been automatically stayed under the Bankruptcy Code pending the company's bankruptcy proceedings. Under the Court's inherent authority, it entered a stay of the entire case "until the bankruptcy proceedings are terminated or the Bankruptcy Court lifts the stay as to this matter." (ECF No. 164, PageID.2168).

Earlier this week, the Bankruptcy Court entered an Order Confirming the First Modified Joint Chapter 11 Plan of Reorganization of the Tort Claimants' Committee Official Committee of Unsecured Creditors, and Debtor.  (*In re Tehum Care Services, Inc.*, No. 23-90086, ECF No. 2014 (Bankr. S.D. Tex. Mar. 3, 2025)). Relevantly, the order provides that once certain conditions are met, the Chapter 11 Plain will become effective.

Corizon Defendants are in the best position to monitor the bankruptcy proceedings and alert the Court once the effective date is known.  Therefore, it is **ORDERED** that Corizon Defendants immediately **NOTIFY THE COURT** once they learn the effective date of the Chapter 11 Plan.

**IT IS SO ORDERED.**

Dated: March 17, 2025                                   s/PATRICIA T. MORRIS
                                                                                       PATRICIA T. MORRIS
                                                                                       United States Magistrate Judge