**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PHILIP BERRYMAN,

Case No. 2:21-cv-10925

           *Plaintiff,*

*v.*

Laurie J. Michelson
United States District Judge

GEORGE STEPHENSON, et al.,

Patricia T. Morris
United States Magistrate Judge

           *Defendants.*

_____/

## <u>ORDER GRANTING PLAINTIFF'S MOTION (ECF No. 221)</u>

This is a prisoner civil rights action.  Before the Court is Plaintiff's April 16, 2026 motion, seeking the assistance of his assigned aide, fellow prisoner Scott D. Cornin, during Plaintiff's deposition.  (ECF No. 221).  Plaintiff says that Cornin will not speak during the deposition and will attend only to help with document management and note taking.  (*Id.* at PageID.2965).  For the reasons explained below, this motion will be granted.

Plaintiff has a number of impairments for which he receives accommodations while incarcerated.  One of these accommodations is the assignment of a fellow prisoner as his aide.  The Court has previously granted the same request for Plaintiff's prior deposition and there do not appear to have been any issues with the presence of Cornin as an aide.  (ECF No. 211).  When granting Plaintiff's first motion, the Court explained: "It is eminently reasonable for Plaintiff to request his

1

aide be allowed to attend the deposition to assist him with administrative tasks, and the Court sees little risk of prejudice to Defendants in allowing Cornin to attend the deposition in his role as Plaintiff's assigned aide." (*Id.* at PageID.2827).

The Court is well aware of the impending deadline for Plaintiff's third scheduled deposition and thus issues this order without the benefit of a response from Defendants. However, the Court notes that it has reviewed Defendants' prior objections (ECF No. 207, PageID.2780–81) and has considered them when ruling on this motion.

Therefore, for the same reasons as before (ECF No. 211), Plaintiff's motion (ECF No. 221) is **GRANTED**. Plaintiff's assigned aide, Scott D. Cornin, may attend his rescheduled deposition to assist with administrative tasks. Cornin may not speak during the deposition except to the extent necessary to perform administrative tasks such as exchanging documents with defense counsel.

**IT IS SO ORDERED.**

Dated: April 20, 2026

s/PATRICIA T. MORRIS
PATRICIA T. MORRIS
United States Magistrate Judge

2